IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:15CR00555 HEA |
| | ) | |
| CHRISTOPHER DAVID SCHROEDER, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Eastern District of Missouri between the parties named above. The property whose title is at issue in that action is located at 1524 S. Lake Sherwood Drive, Marthasville, MO 63357, being further described as:

> (a) Lot 1524 of Plat 22 of the Lake Sherwood Estates, a subdivision according to the plat thereof recorded in Plat Book 3 Page 34 , in the Office of the Recorder of Deeds of Warren County, Missouri, together with a non-exclusive easement of ingress and egress from said lot over, along and across the streets of Lake Sherwood; Parcel ID #12-14.0-1-01-008.000.000;

with all appurtenances, improvements and fixtures thereon.

The action, which is criminal action against defendant Christopher David Schroeder, seeks that any right, title, and interest in the property at issue be condemned and forfeited to the United States of America and as such is an action affecting the title to said property.

For further information concerning this proceeding, reference may be had to the records of the Clerk of the United States District Court for the Eastern District of Missouri, Eastern Division, St. Louis, Missouri.

Dated: January 5, 2016  Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN, #53350MO
Assistant United States Attorney
111 South 10th Street, Suite 20.333
Saint Louis, Missouri 63102
Telephone:  (314) 539-2200
Facsimile:  (314) 539-2312